United States of District Court
For the District of Columbia

**FILED**
JUN 2 3 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Sharif Ali Shafi
526 Brummel Court
Washington, DC 20012
202-487-7778

V

Janet Hill
501 Mace Drive
Ft. Washington, MD 20744

CASE NUMBER   1:05CV01269

JUDGE: Richard W. Roberts

DECK TYPE: Personal Injury/Malpractice

DATE STAMP: 06/23/2005

JURY ACTION

## COMPLAINT
for Damages
"Negligence of Defamation of Character
Mental and Emotional Distress
Pain and Suffering

1) Janet Hill has flooded the Untied States Attorney offices and the Inspector General's offices along with the U.S. Department of Labor and the Metropolitan Police Department of the District of Columbia with defamatory information and slander of my name. She has accused me of embezzling thousand of dollars and that I was corrupt.

2) For almost 2 ½ years, Mrs. Janet Hill has used clever chicanery to destroy my reputation and character. By writing, to Mayor Anthony Williams, PERB, Julio Castillo, Executive Director, Ivy McKinley, Director, DMH/DHR and Martha Kinsley, Director of Mental Health and National Union 1199 NUHHCE, AFSCME, AFL-CIO by sending malicious.. deceitful as well as fraudulent documents to assassinate and defame my character and reputation. Janet Hill has attempted to have me removed from President of Local Union 2095, NUHHCE, AFSCME, AFL-CIO by saying that I am disloyal, and corrupt and a thief but most fierce of all, Mrs. Janet Hill wrote to all the people stating that "Mr. Smith had a felony conviction which would render him incapable of holding elected office and

representing members of Local 2095 in an elected capacity". Mrs. Hill became very reckless when she came at my work location at John Howard and verbally abused me and harassed me while on C.O.P.

3) Mrs. Janet Hill, continued her reckless behavior by vilifying and slandering my character and me with stolen checks from the Union bank account. The checks had been downloaded from Provident Bank in Oxon Hill, MD. Mrs. Hill's malicious destruction from using the internet and on-line services to steal, defraud, and victimize citizens, businesses and communities is a Federal Violation. Mrs. Hill has alleged that I have violated several federal laws including misappropriation of funds and obstruction of justice, including, the racketeering influence and Corrupt Organization Act ("Rico Act"). Mrs. Hill has destroyed my reputation and character with this criminal negligence. Mrs. Hill destructive penmanship has impacted my life and I am feeling hurt, loneliness, shame, anger and guilt for crimes, which I have not committed. My family has suffered from behavior; I am suffering mental emotional distress, from Mrs. Hill reckless behavior. I was forced to hire D.C. Police to monitor me during the Union meetings because my life has been threatened.

Therefore, I am asking for:

1) The Plaintiff requests judgement from the defendant, Janet Hill in the amount of One Million Five Hundred thousand Dollars, $1,500,000.00.

2) Plaintiff is requesting a Trial.

Sharif Shafi
526 Brummel Court NW
Washington, DC 20012