UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
JAN 17 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Sharif Ali Shafi'
   Plaintiff

      Civil Action#05-1269 (RWR)

v

Janet Hill
   Defendant

## "Motion of Default"

I'm asking the court to enter a judgment against defendant, Janet Hill. She has failed to plead or otherwise defend as provided by these rules and that is made to appear by affidavit or otherwise. I'm asking the court for the full amount that was filed in my complaint against the defendant who has defaulted by way of failure to appear.

1.) Wherefore for the foregoing reason's:

   a) The Defendant failure to appear judgment by default

   b) Defendant has willfully avoided several certified mailings

   c) Defendant failure to notify the Court by affidavit or otherwise plead or defend as provided by these rules

*Sharif Shafi*
526 Brummel Ct NW
Wash D.C. 20012
202-487-7778