UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DISTRICT OF COLUMBIA
CIVIL DIVISION

Sharif Shafi, )
    Plaintiff )
)
)
v. ) Civil Action No. 05-1269 (RWR)
)
)
Janet B. Hill )
    Defendant )

## MOTION FOR DISMISSAL OF COMPLAINT

DISTRICT OF COLUMBIA, ss:

In June of 2005, the Plaintiff, Sharif Shafi, aka Willie Earl Smith initiated a self-indulgent, superficial and frivolous action against the Defendant[s] for damages for Negligence of Defamation of Character, Mental and Emotional Distress, Pain and Suffering. In this complaint the Plaintiff claims Washington, D.C. as his domicile when in fact; the Plaintiff currently resides in Maryland. The Plaintiff was arrested on February 15, 2005 on an assault charge and gave a Maryland address to the Superior Court of the District of Columbia [see attachment]. The Plaintiff was convicted and sentenced to jail time and placed on probation on November 29, 2005. The DC Parole and Probation Board verified his address as 6207 64th Avenue in Riverdale, Maryland. Attached is a copy of the print out in the disposition of the Plaintiff's criminal case which shows the Plaintiff's current and previous address as being that of a Maryland resident. The Defendant[s] listed in this action are also Maryland resident[s]. The Defendant[s] is requesting dismissal of this complaint based on lack of jurisdiction diversity. No where in the complaint are there facts pled which would support diversity jurisdiction. The attached documentation will also show that the Plaintiff's name was Willie Earl Smith prior to his name change to Sharif Ali Shafi in November 2002.

RECEIVED
FEB 2 1 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

*Janet B. Hill*

Janet B. Hill
Defendant

## CERTIFICATE OF SERVICE

A COPY OF THIS MOTION WAS MAILED TO THE PLAINTIFF WHO FILED THIS MATTER PRO SE BY USPS ON THIS 21st DAY OF FEBRUARY 2006.

*Janet B. Hill*

# Superior Court of the District of Columbia

## CIVIL DIVISION

### ORDER FOR CHANGE OF NAME

IN RE: Willie Earl Smith

FILED
CIVIL ACTIONS BRANCH
MAY 20 2003
Superior Court
of the District of Columbia
Washington, D.C.

C.A. No. 02-0009617

COMPLETE NAME OF APPLICANT: Willie Earl Smith

Upon consideration of the application for the change of name filed herein and no objections having been made and proof of publication having been made and filed herein, and all other requirements appear having been met, it is this 20th day of May, 2003, ORDERED BY THE COURT that the said application be and hereby is ☒ granted, ☐ denied and it is further, ORDERED BY THE COURT that henceforth and hereafter Willie Earl Smith be known as Sharif Ali Shafi.

_____
JUDGE

DOCKETED MAY 21 2003

FORM CV(6)-1012/Jul 79

