UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| Sharif Shafi,<br>　　　Plaintiff | )<br>)<br>) |
| v. | ) Civil Action No. 1:05CV01269 RVR<br>) |
| Janet B. Hill, et al<br>　　　Defendant | )<br>)<br>) |

### MOTION TO VACATE DEFAULT; VERIFIED ANSWER

DISTRICT OF COLUMBIA, ss:

The defendant, Janet B. Hill disputes service and further states that the Default notice was improperly mailed to the defendant at 501 Mace Drive in Fort Washington, DC. 20744. The postman recognized the zip code and the Default notice was finally re-routed to the defendant at 501 Mace Drive in Fort Washington, Maryland 20744. The defendant, Janet B. Hill further states that the Default Notice was signed and received by Mrs. Carmen Hill, the defendant's daughter-in-law. The defendant, Janet Hill was out of town at the time the Default Notice was received. Upon the defendant's return, Carmen Hill neglected to inform the defendant of the receipt of the Default Notice. The defendant, Janet Hill has enclosed a notarized statement from Carmen Hill attesting to this situation. The defendant thanks the Court for the opportunity to explain this situation and hope that the explanation would assist the Court in expeditiously resolving this matter. Thank you.

　　　　　　　　　　　　　　　　　　　　　　　　*Janet B. Hill*
　　　　　　　　　　　　　　　　　　　　　　　　Janet B. Hill
　　　　　　　　　　　　　　　　　　　　　　　　Defendant

RECEIVED
MAR - 7 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT