UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| Sharif Shafi,<br>   Plaintiff<br><br>v.<br><br>Janet B. Hill, et al<br>   Defendant | )<br>)<br>)<br>)<br>)  Civil Action No. 1:05CV01269<br>)<br>)<br>)<br>)<br>) |

### VERIFIED ANSWER

A Default Notice was mailed to Janet Hill, the defendant in Civil Action 1269 by certified mail. In the absence of the defendant, who was out of town at the time of delivery, I, Carmen Hill, daughter-in-law of defendant, Janet Hill, who resides at 9200 Ivanhoe Road in Fort Washington, Maryland 20744 did receive and sign for the Default Notice. I, Carmen Hill, upon receipt of the certified document neglected to give the document [Default Notice] to the defendant, Janet Hill.

_____
Carmen Hill

I declare or certify under penalty of perjury that the foregoing is true and correct. Executed on MARCH 4, 2006.

_____
Carmen Hill

Subscribed and sworn to before me, in my presence, this 4th day of MARCH 2006, a Notary Public in and for the PRINCE GEORGES CO. of MARYLAND:

_____
Notary Public

My commission expires JUNE 1, 2007