United States District Court
For the District of Columbia

Sharif Ali Shafi'                                           Civil Action:#05-1269 RWR
    Plaintiff

    v

Janet Hill
    Defendant

Plaintiffs Motion for Extension of Time to Comply with Order of 2/23/06

I'm asking the court for an extension of time to consult legal advice concerning new information about the case. I'm asking the court for an extension of twenty-five (25) days to complete the process.

                                          Sharif Shafi'
                                          526 Brummel Ct. NW
                                          Washington, DC 20012
                                          202-487-7778

RECEIVED
U.S. DISTRICT COURT
DISTRICT OF COLUMBIA
2006 MAR 27 PM 9:20
NANCY M.
MAYER-WHITTINGTON
CLERK