**United States District Court**
**For the District of Columbia**

Sharif Ali Shafi',
    Plaintiff

Case: 1:05-CV-1269

v

Janet Hill,
    Defendant

## Opposition to: Defendant's Notice and Motion to the Court to Dismiss My Complaint

To the court the Plaintiff in this matter name is Sharif Ali Shafi, I have the true copy of a court order by the Superior Court of the District of Columbia concerning my name. I am employed at DC Department of Mental Health under my true name, Sharif Ali Shafi. Concerning my salary, I have a copy of my paycheck and documents available to the courts when needed. The Plaintiff hasn't falsified any information or documents concerning the matter before the court. I have not attempted to deceive the court with frivolous action. All actions are real and painful.

1) The Defendant's has filed illegal document from District of Columbia government Personnel office concerning my personal action. The Defendant's et al are in violation of District of Columbia laws of privacy my personnel property are private and my right as employee of DC Government. The Defendant's et al and co-defendant's continue to defame my character slander my name.

2) Defendant's et al has refused the 1/3/06 order for initial scheduling conference. The Honorable Judge Richard W. Robert ordered Defendant's et al and co-defendant's to show cause by the date's given by the court, Defendant's and co-defendant's continue to disobey the law of the court and break the law to fit his or their needs.

3) The Defendant's continue to violate my right using my social security number and my private stolen personnel action it is classified information from DC Government. The very charges why we are in court today Defendant's et al are reckless and dangerous. These Defendants's hasn't shown cause for their behavior failure to appear or show cause. The Defendant's has obtained and still in possession of my District of Columbia Government Personnel Action form which is a confidential government documents. I ask the court how the Defendant's received the stolen documents without a court subpoena or court summons from the court. The Defendant's willingness to break the law, they have used my social security number impersonating me to access the Provident Banking account to download bank statement, removing written check from the account at Provident Bank.

4) On 2/3/06, at 4:21 pm the Defendant's filed a 4 page notice to the court, which was obtained without court order or subpoena or summons. On the same day, 2/3/06 the Nurse office in John Howard Pavilion at St. Elizabeth's Hospital the very file cabinet was discovered broken into and damaged that had my confidential documents personnel

5) action form in it. The Defendant's has used criminal chicory in an attempt to bamboozle the court, and discredit me the Plaintiff.

6) It seem that the five Defendant's is making a circus out of the court an impeding the process. They are concerned about my address; I would like to keep it confidential because of the Defendant's behavior toward me and my family. I fear for my family's safety. I have been threatened by the Defendant's by telephone calls.

7) Yes, I was arrested for assault and threats toward Defendant's Mark Leggett and the Defendant's continue to harass and torment me and my family. They continue to call my job and fax derogatory documents about me.

8) The jurisdiction of all the crimes and acts were in the District of Columbia where the injury took place. The Defendant's spreaded documents throughout District of Columbia defaming my character to the US Attorney's Office, DC Inspector General, local newspapers, DC Public Employee Relations board "PERB" and DC Dept of Mental Health, along with 1199 NUHHCE that I the plaintiff was convicted of a felony, which

9) would render him incapable of holding elected office and representing member of the local in an elected capacity.

10) The Defendant Mark Leggett stated in open court that he was the ringleader in passing on documents from the Provident Bank account, to the government of the District of Columbia, Office of the Inspector General directed to Special Agent Donald Baxter, also US Dept. of Justice State Attorney.

11) The Defendant's has illegal computerized formats relating to the Provident account #5741831 and downloaded checks from the account, monthly statements, withdrawal copies of cancelled checks by impersonating me online and using my social security number.

12) The identity thieves have violated Federal Banking laws along with privacy laws. The Defendant's have no right to obtain and use my social security number. Subchapter III C Identity Theft 22-3227.01 Definitions, Criminal Offenses.

   a) Violation of 22-3227.01 (a) Defendant's has the routing information of the Provident Banking account, impersonated me online to remove information from the account using my social security number.

b) 22-3227.01 © Defendant's has used the Provident Banking account savings, checking or other financial account's number with the holder's consent.

c) 22-3227.01 (d) Defendant's has used my social security number or tax identification number without my consent.

d) 22-3227.01 (m) Defendant has my employment history or employee identification without my consent or court summons or subpoena.

13) Defendant's et al has been dishonest in an attempt to deceive the court by lying to avoid judgment default and gain the court advantage. In light of the court decision to discharge and deny the Plaintiff motion for default.

14) I'm asking the court for sanctions for failure to comply with the requirements of the rules to impose penalties that otherwise are provided by law, against the Defendant's that Defendant be ordered to pay to the Plaintiff the reasonable expenses in making this motion.

The Plaintiff is asking the court to dismiss the Defendant's motion on 2/21/06 for dismissal of complaint, and grant me all liberties of the court to move forward in my complaint. The attached documentation will help the court.

Sharif Ali Shafi
526 Brummel Court NW
Washington, DC 20012

## Certification of Service

A copy of this opposition was mailed to the Defendant.

*Sharif Ali Shah*
Sharif Ali Shah
526 Brummel Ct NW
Washington, DC 20012