# Provident Bank

view account | transfer funds | loan payment | credit advance | change pin

- Frequently Asked Questions
- E-Mail Us
- Open a Checking Account
- Open a Savings, CD, or Money Market Account
- Apply for a Loan
- Apply for a Line of Credit

## Checking/Money Market Account Information

Account Number: ████████
Current Balance: $4,792.54   Available Balance: $4,792.54
Last Statement Date: 06/30/2003   Next Statement Date: 07/31/2003
YTD Interest Paid: $0.00   Last Year Interest Paid: $0.00

From: 04/14/03   To: 07/14/03   Change

| Description | Check Number | Date Posted | Amount |
|---|---|---|---|
| CHECK |  | 7/14/03 | $175.00 |
| CHECK |  | 7/14/03 | $200.00 |
| CHECK | 1036 | 7/9/03 | $125.00 |
| CHECK | 1035 | 7/2/03 | $95.40 |
| CHECK | 1034 | 6/27/03 | $35.00 |
| CHECK | 1029 | 6/27/03 | $108.92 |
| CHECK | 1030 | 6/25/03 | $152.64 |
| CHECK | 1028 | 6/25/03 | $98.96 |
| CHECK | 1031 | 6/23/03 | $122.43 |
| CHECK-TELLER | 1032 | 6/20/03 | $40.00 |
| DEPOSIT |  | 6/20/03 | $1,507.80 |
| MONTHLY SER. CHARGE |  | 6/13/03 | $1.00 |
| CHECK | 1027 | 6/6/03 | $300.00 |
| CHECK | 1026 | 6/6/03 | $120.00 |
| CHECK | 1025 | 5/27/03 | $200.00 |
| MONTHLY SER. CHARGE |  | 5/14/03 | $2.00 |
| CHECK | 1024 | 5/8/03 | $117.00 |
| CHECK | 1023 | 5/8/03 | $100.00 |
| DEPOSIT |  | 5/2/03 | $3,070.20 |
| CHECK | 1022 | 4/25/03 | $90.00  Park |
| CHECK | 1020 | 4/25/03 | $50.00  Cell Phone |
| CHECK-TELLER | 1019 | 4/21/03 | $1,500.00 — The only check |
| CHECK  Park  Cell Phone | 1018 | 4/16/03 | $95.00  that was a prob |
| MONTHLY SER. CHARGE |  | 4/15/03 | $1.00 |

https://vvru.provbank.com/caretaker/Caretaker?vntxCurrentUrl=acctInfo&vntxEvent=date...   7/14/2003



Page 1 of

# Provident Bank

**NATIONAL UNION OF HOSPITAL & HEALTH CARE EMPLOYEES LOCAL 2095**
11412 LAUREL WALK DRIVE
LAUREL, MD 20708

1003
11/20
7-7301/2520
BRANCH 153

PAY TO THE ORDER OF: Christopher Leach / Willie Smith

DATE 12/10/02

$500.00

Five Hundred Dollars

**Provident BANK**
BALTIMORE, MARYLAND

FOR Christopher Leach

Signature: Christopher Leach

⑈001003⑈ ⑆252073018⑆ ⑈000050000⑈

Account: 5741831  Check#: 1003  Amount: $500.00  Date: 12-10-2002

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| Sharif Shafi, ) | |
|     Plaintiff ) | |
| ) | No. 1:05CV01269 RWR |
| ) | No. 1:05CV0593 RWR |
| v. ) | Civil Action No. 1:05CV05592 RWR |
| ) | No. 1:05CV1118 RWR |
| Flowers, Hill, Leggett, McFadden, et al ) | No. 1:05CV01268 RWR |
|     Defendant(s) ) | |

## NOTICE TO THE COURT

DISTRICT OF COLUMBIA, ss:

The defendants in this action have obtained a copy of an Application to Proceed in Forma Pauperis, with Supporting Documentation and Order filed on March 22, 2005 for Case No. 05-0593. The Plaintiff in this matter, Sharif Shafi aka Willie Smith has falsified information contained within this document. The Plaintiff, who currently has two (2) known identifies, is currently employed under the name of Willie Smith with the District of Columbia Government in the Department of Mental Health since 1999. The Plaintiff has had continuous service with the Department of Mental Health at John Howard Pavilion at Saint Elizabeths Hospital in Southeast Washington, DC and has earned a minimum salary of $55,000.00 a year for the year ending 2005. The Plaintiff in filing this action has attempted to deceive the Court with this frivolous action. To assist the Court in recognizing the Plaintiff's deception, the Defendant(s) have enclosed two (2) additional documents, which should further assist the Court in uncovering the Plaintiff's deception.

Thank you.

_____
Mark Leggett on behalf of the
Defendants

_____
Donna Leggett on behalf of the
Defendants

# GOVERNMENT OF THE DISTRICT OF COLUMBIA — PERSONNEL ACTION

AUTO PERS. FORM 1 (REV. 2/85)

| Field | Value |
|---|---|
| TRANSACTION CODE | 888 |
| ORIGINATING AGENCY | RM CMHS |
| 1. SOCIAL SECURITY NUMBER | 002 |
| 2. NAME | SMITH, WILLIE E |
| 2A. | 1 (MS.) |
| 3. DATE/ACTION NO. | 787192 12-08-99 |
| 4. EFFECT. DATE | 11 08 99 |
| 5. DEPARTMENT | CMHS |
| 6. ADDRESS | 6245 64TH AVE #5, RIVERDALE, MD 207370000 |
| 7. DATE OF BIRTH | 11 19 60 |
| 8. PHYSICAL HANDICAP | 04 |
| 9. VETERANS PREFERENCE | 1 (NONE) |
| 10. NATURE OF ACTION/CODE | CORR-TERM APPOINTMENT |
| NTE DATE | 11-07-03 |
| 11. AUTHORITY | SECTION 1-608.1(A)(6) |
| EMPLOYMENT DATE | 11 08 99 |
| 12. SERVICE COMP. DATE | 11 08 99 |
| 13. D.C. SERVICE COMP. DATE | 11 08 99 |
| 14. FEGLI REGULAR | DC: C |
| 15. HEALTH BENEFITS CODE | DC: 000 |
| 16. FROM POSITION TITLE AND NUMBER | FORENSIC PSYCH TECH  0165189/N  630500000418 DTD-10-31-91 |
| 17. PAY SCHEDULE | DS |
| SERIES | 00640 |
| 18. GRADE | 08 |
| STEP | 01 |
| 19. SALARY | 29384 |
| TIME SERVICE | 80.00 |
| 20. ORGANIZATIONAL UNIT | CMHS FORENSIC SERVICES ADMIN, INPATIENT SERVICES, PRE-TRIAL WARD 7 |
| 21. PAYROLL ORG CODE | 63-050-189 |
| PAY GROUP | 02 |
| TENURE IN POSITION | DS-0640-08- -N |
| 22. TO POSITION TITLE AND NUMBER | FORENSIC PSYCH TECH  0165189/N  630500000418 DTD-10-31-91 |
| 23. PAY SCHEDULE | DS |
| SERIES | 00640 |
| 24. GRADE | 08 |
| STEP | 01 |
| 25. SALARY | 29384 |
| TIME SERVICE | 80.00 |
| 26. ORGANIZATIONAL UNIT | CMHS FORENSIC SERVICES ADMIN, INPATIENT SERVICES, PRE-TRIAL WARD 7 |
| 27. PAYROLL ORG CODE | 63-050-189 |
| TENURE IN POSITION | DS-0640-08-00-N |
| 28. LABOR DISTRIBUTION RULE IS CERTIFIED CORRECT | Carolyn Casey 12/23/99 |
| 29. RETIREMENT | 16 |
| 30. PAY GROUP | 02 |
| 33. SERVICE CODE | A01 |
| 34. | SED |
| 36. EMPLOYMENT TYPE | 1 (FULL-TIME) |
| 37. POSITION TYPE | 1 (CAREER) |
| 39. CERTIFICATE TO EMPLOY NO. | XX00000 |

Multiple Rules Primary: 1 0 0 R M 0 S E F 1 3 3 1 3 R L 9 8 0 0 0 0 0 0 0 0 0 0 0 0 0 0

FLSA STATUS 02    RES 4    DC RBCD 11 08 99

REMARKS:
(WG/AH)
THIS CORRECTS PERSONNEL ACTION NO. 784886 DATED 11-09-99. ITEM NO. 22 CERTIFICATION DATE WHICH PREVIOUSLY READ 10-31-99 AND IN THE FUNDING SOURCE (ARC) WHICH PREVIOUSLY READ BH98.

FRINGE 001    TERM APPOINTMENT EXP 11/07/03    LCD 11/08/99

888    1    1    DC:0    99 DC:00    2    DC:

DEPARTMENT HEAD OR DESIGNEE (SIGNATURE)

APPROVING OFFICER AND AGENCY (SIGNATURE): LEWIS C. NORMAN, DIRECTOR OF HUMAN RESOURCES

APPROVAL DATE: 11 12 99