**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| | ) | |
| **SHARIF ALI SHAFI,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No.  05-1269 (RWR)** |
| | ) | |
| **JANET HILL,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**ORDER**

_____For the reasons set forth in the accompanying Memorandum Opinion, it is hereby

ORDERED that defendant's motion for dismissal of complaint [8] is GRANTED.

FURTHER ORDERED that defendant's motion to vacate default [10] is GRANTED.

FURTHER ORDERED that plaintiff's motion for extension of time [11] is DENIED AS

MOOT.

This case is DISMISSED.

_____/s_____
RICHARD W. ROBERTS
United States District Judge

DATE: 6-20-06